# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Robert E. Haynes

                                   Plaintiff,

v.

KONE, Inc. Employees' Retirement Plan, et al.

                                   Defendant.

Case No.:
1:21−cv−06647

Honorable Elaine E. Bucklo

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 29, 2022:

       MINUTE entry before the Honorable Elaine E. Bucklo: Defendants' motion for a protective order [30] and otion for leave to file an amended answer to the amended complaint [35] are granted. Enter order. Defendants shall file their amended answer within 14 days of entry of this order. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.